UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANJA HINDES,**

    **Plaintiff,**

    v.

**MONTGOMERY LYNCH
& ASSOCIATES, INC.,**

    **Defendant.**

        **Case No. 2:13-cv-354**
        **JUDGE GREGORY L. FROST**
        **Magistrate Judge Norah McCann King**

## ORDER

    This matter is before the Court for consideration of the Magistrate Judge's November 19, 2013 Report and Recommendation. (ECF No. 14.) In that filing, the Magistrate Judge recommended that the Court dismiss this action for failure to timely effect service of process. The Report and Recommendation advised Plaintiff that the failure to object within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*." (*Id.* at Page ID # 45.) Plaintiff never objected to the Report and Recommendation and instead attempted to effectuate untimely service without having obtained leave of court to do so.

    The Court has reviewed the Report and Recommendation. Noting that no objections have been filed, that the time for filing such objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Report and Recommendation (ECF No. 14) and **DISMISSES WITHOUT PREJUDICE** this action pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

    /s/   Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE